**STATE of Missouri, Plaintiff/Respondent,**

v.

**Larry WOODS, Defendant/Appellant.**

**No. 56442.**

Missouri Court of Appeals, Eastern District, Division Three.

June 29, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 7, 1990.

Application to Transfer Denied Sept. 11, 1990.

Helton Reed, Jr., St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., and Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his convictions for first degree robbery and armed criminal action.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).